ENRIQUE A. ERVESUN, PLAINTIFF-RESPONDENT, v. BANK OF NEW YORK, *ETC.*, DEFENDANT-PETITIONER.

MARY ELLEN BALDWIN, PLAINTIFF-RESPONDENT, v. BANK OF NEW YORK, *ETC.*, DEFENDANT-PETITIONER.

*Messrs. Riker, Danzig, Scherer & Brown* for the petitioner.

*Messrs. Lautman & Rapson* for the respondent.

March 26, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. HENRY EVANS WHITTLE, DEFENDANT-RESPONDENT.

*Mr. Michael R. Imbriani* and *Mr. Robert N. Golden* for the petitioner.

*Messrs. Levy, Lemken & Margulies* for the respondent.

March 26, 1968. Granted.

TOWNSHIP OF HOWELL, IN THE COUNTY OF MONMOUTH, PLAINTIFF-PETITIONER, v. DIVISION OF TAX APPEALS IN THE DEPARTMENT OF THE TREASURY, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

See same case below: 99 *N. J. Super.* 11.

*Mr. Robert V. Carton* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Charles H. Landesman* for the respondents.

March 26, 1968. Denied.